# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**NEALLY CUNNINGHAM**

Case Number:  6:06-CR-32-Orl-19KRS

USM Number: 26299-018

Charles L. Handlin, III, CJA
112 N. Summerlin Avenue
Orlando, FL  32801

## JUDGMENT IN A CRIMINAL CASE

The defendant was **found guilty on Counts One and Two of the Indictment**.  Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1) 21 USC 841(b)(1)(C) | Possession with Intent to Distribute Cocaine Base | February 25, 2005 | One |
| 21 USC 841(a)(1) 21 USC 841(b)(1)(C) | Possession with Intent to Distribute Cocaine Base | February 26, 2005 | Two |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Count Three is dismissed on the motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

8/28/2006

PATRICIA C. FAWSETT
**CHIEF UNITED STATES DISTRICT JUDGE**

August _29_ ,2006

AO 245B (Rev. 6/05) Judgment in a Criminal Case

NEALLY CUNNINGHAM
6:06-CR-32-Orl-19KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **262 Months**.     The Court recommends to the Bureau of Prisons:

> **It is requested but not required that defendant be afforded substance abuse therapy and the opportunity to obtain his G.E.D.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

NEALLY CUNNINGHAM
6:06-CR-32-Orl-19KRS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **6 years**. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

**The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.**

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2.  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.  the defendant shall support his or her dependents and meet other family responsibilities;

5.  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.  the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7.  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

AO 245B (Rev. 6/05) Judgment in a Criminal Case

NEALLY CUNNINGHAM
6:06-CR-32-Orl-19KRS

12.    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13.    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1.    The defendant shall participate in a **substance abuse program** (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2.    The defendant shall perform **75 hours of community service** as a condition of supervision in lieu of paying a fine.

3.    The defendant shall **submit to a search** of your person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. You shall inform any other residents that the premises may be subject to a search pursuant to this condition.

4.    The defendant shall **cooperate in the collection of DNA**, as directed by the Probation Officer.

NEALLY CUNNINGHAM
6:06-CR-32-Orl-19KRS

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties immediately.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $200.00 | -0- | -0- |

\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 6/05) Judgment in a Criminal Case

NEALLY CUNNINGHAM
6:06-CR-32-Orl-19KRS

## DENIAL OF FEDERAL BENEFITS
### (For Offenses Committed On or After November 18, 1988)

**FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 862**

   **IT IS ORDERED** that the defendant shall be:

 ineligible for all federal benefits **permanently**.

  Pursuant to 21 U.S.C. § 862(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility.  The clerk is responsible for sending a copy of this page and the first page of this judgment to:

  **Denial of Federal Benefits Program,  U.S. Department of Justice, Office of Justice Assistance, 810 7th Street, N.W., Washington, DC 20531**

MD/FL - 5/2006

## Neally Cunningham

### DOCKET NO: 6:06-CR-32-ORL-19KRS

Neally Cunningham, on May 31, 2006, you ~~entered a plea of~~ guilty to Counts One and *were found — by a jury after trial*

Two of the Indictment each charging you with Possession With Intent to Distribute Cocaine

Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

We have now reached the stage in the proceedings where it is my duty to address

several questions to you and your attorney and the counsel for the government:

**Rule 32 Issues**

**(Questions to be posed to the defendant, the defendant's attorney and the attorney for the government:)**

Have you had the opportunity to read and discuss the presentence report?

Do you have any objections as to the factual accuracy of the report?

Do you wish to make any objections to the probation officer's application of the guidelines?

The Court adopts the factual statements contained in the presentence report as to which there is no objection, and, as to controverted factual statements, the Court adopts the position of the probation office as stated in the addendum. Therefore, the Court determines that the advisory guidelines are:

**Findings of Fact and Application of Guidelines to Facts**

Total Offense Level __34__

Criminal History Category __VI__

__262__ to __327__ months imprisonment

__3__ years supervised release [Enhanced Penalty: 6 years]

$ __N/A__ restitution

$ __17,500__ to $__2,000,000__ fine [Enhanced Penalty: $17,500 to $4,000,000]

$ __200__ special assessment

*adopt as noted on the PSR by the Court (sect's 14 + 21 - 28)*

RE: Cunningham, Neally

## SENTENCE

**Rule 32
Issues**

**(Questions to be posed to the defendant, the defendant's attorney
and the attorney for the government:)**

Do you know of any reason why this Court should
not now proceed with imposition of sentence?

Do you wish to make a statement or to present any
information in mitigation of the sentence?

The Court  has asked the defendant why judgment should not now be pronounced,

and, after hearing the defendant's response, the Court has found no cause to the contrary.

The parties have made statements in their behalf or have waived the opportunity to do so,

and the Court has reviewed the presentence report.  Pursuant to Title 18, United States

Code, Sections 3551 and 3553 and the Sentencing Reform Act of 1984, it is the judgment

of the Court that the defendant, Neally Cunningham, is hereby:

**Imprisonment**

Committed to the custody of the Bureau of Prisons to be imprisoned for a term of [

_20 months. It is requested but not_
_required that defendant be_

**Supervised Release** _afforded substance abuse therapy_
_and the opportunity to obtain his_

Upon release from imprisonment, you shall be placed on supervised release for a term

of [ _3 years_ ]

2

RE: Cunningham, Neally

## Mandatory Drug Testing

The mandatory drug testing requirements of the Violent Crime Control Act are imposed.  The Court authorizes random drug testing not to exceed 104 tests per year.

## Special Conditions

While on supervised release, you shall comply with the standard conditions adopted by the Court in the Middle District of Florida.

In addition, you shall comply with the following special conditions:

## Drug Aftercare

You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this Court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  During and upon the completion of this program, you are directed to submit to random drug testing.

**Search**       You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you shall inform any residents that the premises may be subject to a search pursuant to this condition.

**RE: Cunningham, Neally**

**DNA Collection**

You shall cooperate in the collection of DNA, as directed by the probation officer.

**Fine**

Based upon your limited financial status, the fine and applicable costs of supervision and imprisonment are waived.

**OR**

**Fine**

It is further ordered that you shall pay to the United States a fine of $_____

**(Standard)**    You shall pay a fine in the amount of $_____. While in Bureau of Prisons custody, you shall either (1) pay at least $25 quarterly if you have a non-Unicor job or (2) pay at least 50% of your monthly earnings if you have a Unicor job.  Upon release from custody, you are ordered to begin making payments of $*50 *100 per month and this payment schedule shall continue until such time as the Court is notified by you or the government that there has been a material change in you ability to pay.

**OR**

You are hereby ordered to immediately pay this obligation in full.

RE: Cunningham, Neally

## Community Service

In lieu of paying a fine, you shall perform ___7.5___ hours of community service as a condition of supervised release.

## Special Assessment

It is further ordered that you shall pay to the United States a special assessment of $200 , which shall be due immediately.

## Denial of Benefits

You shall be permanently ineligible for federal benefits.

## Reasons for Sentence

The guideline range exceeds 24 months, and the reason for imposing the selected sentence is *are* that after considering the advisory sentencing guidelines, and all of the factors identified in Title 18, United States Code, Sections 3553(a)(1) - (7), the Court finds that the sentence imposed is sufficient, but not greater than necessary, to comply with the statutory purposes of sentencing. *1. Defendant has a significant criminal history, including several convictions for drug related crimes.*

**OR**

The Court departs from the guideline range for the following reason(s):

*2. He has not shown remorse -*
*3. The sentence meets the goals of 18 USC § 3553*

*and will protect the public from further crimes of defendant and provide defendant with the opportunity for needed therapy and education*

**RE: Cunningham, Neally**

**Remand**

You are hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**Final Objections**

The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Notice of Appeal of Sentence and/or Verdict**

You are now advised that it is your right to appeal from the judgment and sentence within ten (10) days from this date or from the date the judgment is recorded, whichever is later. Failure to appeal within the ten-day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. You are also advised that you are entitled to assistance of counsel in taking an appeal, and if you are unable to afford a lawyer, one will be provided for you.

**After Jury Trial with Court-Appointed Attorney**

In the event of appeal, it will be the obligation and responsibility of your appointed counsel to continue his representation on appeal unless and until relieved by order of the Court of Appeals.

**RE: Cunningham, Neally**

**Instructions to Clerk**

The Clerk is instructed to attach this sentencing statement to the Judgment and Commitment Order.